UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>              Plaintiff,<br><br>      v.<br><br>RECOLOGY INC., et al.,<br><br>              Defendants. | Case No.: 14-cv-04354-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Megan Truxillo
Defendant's Attorney: Kimberly Almazan

An initial case management conference was held on February 18, 2015. A further case management conference is set for June 10, 2015, at 2:00 p.m. The parties shall file their joint case management statement by June 3, 2015.

The Court referred the parties to a settlement conference with Magistrate Judge Cousins with a 90 day deadline. The parties shall file a joint settlement status update by May 27, 2015.

Initial disclosures shall be exchanged by February 27, 2015.

The parties may each propound 35 interrogatories.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: March 30, 2015

1

Case No.: 14-cv-04354-LHK
CASE MANAGEMENT ORDER

FACT DISCOVERY CUTOFF: February 18, 2016

EXPERT DISCOVERY:
    Opening Reports: March 18, 2016
    Rebuttal Reports: April 18, 2016
    Close of Expert Discovery: May 20, 2016

DISPOSITIVE MOTIONS shall be filed by June 23, 2016, oppositions by July 17, 2016, and replies by July 28, 2016. Dispositive motions shall be set for hearing no later than August 25, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: October 20, 2016, at 1:30 p.m.

JURY/COURT TRIAL: November 4, 2016 at 9:00 a.m. Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-cv-04354-LHK
CASE MANAGEMENT ORDER