UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>RECOLOGY INC., et al.,<br><br>Defendants. | Case No.14-cv-04354-LHK<br><br>**CASE MANAGEMENT ORDER** |

On July 7, 2015, the parties filed a notice of settlement indicating that the parties had reached a settlement agreement. ECF Nos. 29, 30. The parties require a minimum of 45 days to allow the relevant federal agencies to file any objections to the proposed agreement. The parties shall file either their stipulation of dismissal or a joint case management statement by September 23, 2015. The Court CONTINUES the July 15, 2015 case management conference to September 30, 2015.

The case schedule remains as set.

1

Case No. 14-cv-04354-LHK
CASE MANAGEMENT ORDER

1  **IT IS SO ORDERED.**

2  Dated: July 8, 2015

*Lucy H. Koh*

LUCY H. KOH
United States District Judge