ANDREW L. PACKARD (State Bar No. 168690)
MEGAN E. TRUXILLO (State Bar No. 275746)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RECOLOGY, INC., RECOLOGY PACHECO PASS,<br><br>Defendants. | Case No. 5:14-cv-04354- LHK-NC<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants Recology, Inc. and Recology Pacheco Pass ("Defendants") in the above-captioned action, stipulate as follows:

WHEREAS, CSPA and Defendants, through their authorized representatives, have settled the case, and a copy of the Mutual Release and Settlement Agreement ("Settlement Agreement") entered into by CSPA and Defendants is attached hereto as Exhibit A;

WHEREAS, CPSA submitted the settlement agreement, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies (Docket No. 32);

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between CSPA and Defendants that CSPA's claims, as set forth in its 60-Day Notice Letter and

Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice in accordance with the terms and conditons of the Settlement Agreement.

Dated: September 10, 2015        Respectfully submitted,
                                 LAW OFFICES OF ANDREW L. PACKARD

                                 By: /s/ Andrew L. Packard
                                 Andrew L. Packard
                                 Attorneys for Plaintiff
                                 CALIFORNIA SPORTFISHING
                                 PROTECTION ALLIANCE

Dated: September 10, 2015        CANNATA O'TOOLE FICKES & ALMAZAN LLP
                                 By: /s/ Therese Y. Cannata
                                 Therese Y. Cannata
                                 Attorneys for Defendants
                                 RECOLOGY, INC., RECOLOGY
                                 PACHECO PASS

### ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants, as set forth in CSPA's 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice in accordance with the terms and conditons of the Settlement Agreement.
 The clerk shall close the file.

IT IS SO ORDERED.

Dated: _ September 11, 2015        _____
                                   *Lucy H. Koh*
                                   UNITED STATES DISTRICT COURT JUDGE